United States Bankruptcy Court
For the Western District of Texas
Austin Division

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Jeffrey S. Sorrell, | § | Case No. 12-12691-hcm |
| | § | |
| Debtor | § | Chapter 7 |

### Order Granting Motion to Sell Interests in Entities to Partnership Liquidity Investors LLC Free and Clear of Liens

On this day came on to be considered the Trustee's Motion to Sell Interests in Entities to Partnership Liquidity Investors LLC Free and Clear of Liens. After considering the Motion and the docket, no timely objections to the Motion having been filed, the Court is of the opinion that the Trustee's Motion should be granted.

IT IS, THEREFORE, ORDERED that the Trustee's Motion to Sell Interests in Entities to Partnership Liquidity Investors LLC Free and Clear of Liens is granted.

IT IS FURTHER ORDERED that the Trustee, John Patrick Lowe, is authorized and directed to sell the bankruptcy estate's interests, if any, in Montecito Ventana Limited

1

Partnership, VCP PS A-1 LLC, VCP PS A-2 LLC, Watchtower CR Holdings, LLC, GDC Group, LLC, Live Oak Value Masters LP f/k/a Live Oak Absolute Master Fund LP, and Hook Em LLC, to Partnership Liquidity Investors LLC for the amount of $15,000.00 with effective dates of January 1, 2014.

IT IS FURTHER ORDERED that the sales of the interests shall be free and clear of any and all liens, claims, security interests and encumbrances, with all of such matters, if any, to attach to the sales proceeds.

IT IS FURTHER ORDERED that the sales of the interests shall be "as is", "where is'", with all faults, without any other warranties, and without recourse against the Trustee or the bankruptcy estate.

IT IS FURTHER ORDERED that the Trustee is authorized and directed to execute, acknowledge and deliver any instrument necessary to consummate or memorialize the sale of the estate's interests in these entities.

###

Order Prepared By:

John Patrick Lowe, Trustee
318 East Nopal
Uvalde, Texas 78801
(830) 278-4471
(830) 278-6347 (fax)
Email: johnplowe@sbcglobal.net